UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 18-010 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| ANTONIO P. SMITH ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>: Felon in Possession of Ammunition

<u>Date of Detention Hearing</u>: January 10, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant was convicted in the King County Superior Court of the felony offense of Burglary in the Second Degree on or about December 12, 2003. He is alleged to be

DETENTION ORDER
PAGE -1

a prohibited person in possession of ammunition following an interaction with an employee of Wade's Eastside Guns, a retail store and Federal Firearms Licensee in which he is alleged to have asked to purchase a part for a Glock pistol that would allow for automatic fire.

2. Defendant has a significant history of mental illness, including a number of involuntary commitments. He has been terminated from the residence overseen by Sound Mental Health and does not have an alternative residential release plan. He has been found incompetent to stand trial in a number of state court proceedings. Pretrial Services advises that individuals with diminished mental capacity are not considered viable location monitoring participants.

3. Defendant poses a risk of nonappearance based on lack of release address, a history of mental health issues and a history of failing to appear. Defendant poses a risk of danger based on the nature of the offense and criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 10th day of January, 2018.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3