1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-012-RSL |
| | ) | MJ18-246-JCC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO |
| | ) | SEAL DOCUMENT |
| ANTONIO P. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER has come before the undersigned on the motion of to file

Defendant's Motion for Competency Hearing and Evaluation, and Memorandum in

Support together with the supporting declaration under seal. The Court has considered

the motion and records in this case and finds there are compelling reasons to file the

document under seal.

IT IS ORDERED that Defendant's Motion for Competency Hearing and

Evaluation, and Memorandum in Support together with the supporting declaration be

filed under seal.

//

//

//

//

//

//

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1

2     DATED this 1st day of November, 2018.

3

4

5                                          _MWT S Lasnik_
                                          Robert S. Lasnik
6                                          United States District Judge

7

8   Presented by:

9

10  s/ *Dennis Carroll*
    Federal Public Defender
11  Attorney for Antonio P. Smith

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**