HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTONIO P. SMITH, <br><br> Defendant. | No. CR18-246-RSL <br> CR18-012-RSL <br><br> ~~(PROPOSED)~~ ORDER TO SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the motion of to file Defendant's Objection to the Bureau of Prison's Request for an Extension to Complete Competency Evaluation and Exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Objection to the Bureau of Prison's Request for an Extension to Complete Competency Evaluation and Exhibits be filed under seal.

//
//
//
//
//
//

ORDER TO SEAL DOCUMENT - 1
(*United States v. Smith* / CR18-246-RSL; CR18-012-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

DATED this 14th day of Jan., 2019.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Antonio P. Smith

ORDER TO SEAL DOCUMENT - 2
(*United States v. Smith* / CR18-246-RSL; CR18-012-RSL)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100