Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ANTONIO P. SMITH,<br><br>Defendant. | NO. CR18-0246RSL<br>NO. CR18-012-RSL<br><br>**ORDER FOR COMMITMENT**<br><br>(~~Proposed~~) |

THE COURT, having reviewed the Defendant's Motion for a Competency Hearing and Evaluation, the competency evaluation prepared by Dr. Ryan Nybo, Psy.D, dated February 4, 2019, hereby finds, by a preponderance of the evidence, that the defendant presently suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his own defense; therefore,

IT IS ORDERED that the defendant be committed to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d), and that the Attorney General hospitalize the defendant in a suitable facility, to determine whether there is a substantial probability that in the foreseeable future the defendant will attain the capacity to permit the proceedings

to go forward and, if appropriate, to undergo competency restoration treatment, which may include, as necessary, individual therapy;

IT IS FURTHER ORDERED that this commitment shall be for a reasonable time, not to exceed four months, commencing from the date of designation of a suitable facility by Bureau of Prisons, which, upon approval by this Court, may be extended for an additional reasonable period of time;

IT IS FURTHER ORDERED that, no later than upon the completion of the aforementioned four month period, the mental health professionals acting on behalf of the Attorney General shall prepare a report of their examination of the defendant and of his competency status, and that this report be filed with the Court, with copies provided to counsel for the defendant and the government;

IT IS FURTHER ORDERED that the United States Marshals Service shall arrange for the transportation of the defendant at government expense to the facility designated by the Bureau of Prisons;

IT IS FURTHER ORDERED that the defendant shall cooperate with the persons performing this examination and competency restoration treatment; and,

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(1) and (h)(4), that the period of delay resulting from the commitment period and other proceedings related to the defendant's mental competency, including any time leading up to and including the

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Court's hearing concerning defendant's competency following examination and treatment, shall be excluded in the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et al.*

DATED this 22nd day of February, 2019.

_____
HON. ROBERT S. LASNIK
United States District Court Judge

Presented by:

BRIAN T. MORAN
United States Attorney

/s/ Thomas Woods
THOMAS M. WOODS
Assisted United States Attorney

ORDER FOR COMMITMENT/SMITH - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970