THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTONIO P. SMITH,<br><br>    Defendant. | No. CR18-246RSL<br>    CR18-012RSL<br><br>~~(PROPOSED)~~ ORDER GRANTING DEFENDANT'S MOTION TO SEAL MOTION TO ORDER THE ATTORNEY GENERAL TO IMMEDIATELY INITIATE COMPETENCY RESTORATION TREATMENT |

THIS MATTER has come before the undersigned on Antonio Smith's Motion to Seal Defendant's Motion to Order the Attorney General to Immediately Initiate Competency Restoration Treatment along with its accompanying exhibit. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Defendant's Motion to Order the Attorney General to Immediately Initiate Competency Restoration Treatment and its exhibit be filed under seal.

DATED this 5th day of ~~March~~ April 2019.

                                                          /s/ Robert S. Lasnik
                                                         ROBERT S. LASNIK
                                                         UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Attorney for Antonio P. Smith

ORDER TO SEAL DOCUMENTS
(*United States v. Smith* / CR18-246RSL; CR18-012RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100