The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO P. SMITH,<br><br>Defendant. | NO. CR18-246RSL<br>NO. CR18-012RSL<br><br>(~~PROPOSED~~) **ORDER EXTENDING COMMITMENT FOR RESTORATION TREATMENT** |

THE COURT, having reviewed the report, dated August 16, 2019, prepared by Gillespie Wadsworth, Psy.D., and Mariya Leyderman, M.A., and having previously reviewed the other materials submitted in this matter, including the competency evaluation prepared by Dr. Ryan Nybo, Psy.D, dated February 4, 2019, hereby finds that the requirements of 18 U.S.C. § 4241(d)(2)(A) are satisfied, *i.e.*, there is a substantial probability that the defendant will attain the capacity to permit the proceedings to go forward, given the improvement in his mental condition.

The COURT orders that the defendant remain in the custody of the Attorney General for an additional 120 days from the date his last evaluation period expired, *i.e.*, he shall remain in custody until December 26, 2019.  The conditions of treatment shall be subject to the same restrictions and conditions set forth in the Court's Order, dated

ORDER EXTENDING RESTORATION TREATMENT - 1
U.S. v. SMITH/CR18-246RSL/CR18-012RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

February 22, 2019. The Bureau of Prisons shall have an additional 14 working days after the extended evaluation period to submit a final report to the Court.

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(1) and (h)(4), that the period of delay resulting from the commitment period and other proceedings related to the defendant's mental competency, including any time leading up to and including the Court's hearing concerning defendant's competency following examination and treatment, shall be excluded in the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et al.*

DATED this 23rd day of September, 2019.

_____
HON. ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Thomas M. Woods*
THOMAS M. WOODS
Assisted United States Attorney

ORDER EXTENDING RESTORATION TREATMENT - 2
U.S. v. SMITH/CR18-246RSL/CR18-012RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970