United States District Court
WESTERN DISTRICT OF WASHINGTON

ANTONIO P. SMITH,

    v.

UNITED STATES OF AMERICA,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C19-696RSL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Mr. Smith's § 2255 petition to vacate, set aside, or correct a sentence (Dkt. # 1), is GRANTED.

In addition, the Court ORDERS that:

(1) The judgment imposed on May 11, 2018, in CR18-12-RSL (W.D. Wash.), Dkt. # 31, is hereby VACATED;

(2) The plea of guilty entered on January 30, 2018, in CR18-12-RSL (W.D. Wash.), Dkt. # 19, is hereby WITHDRAWN;

(3) The indictment in CR18-12-RSL (W.D. Wash.), Dkt. # 11, is DISMISSED WITH PREJUDICE.

| | |
|---|---|
| March 25, 2021 | William M. McCool |
| | Clerk |

*/s/ Laura Hobbs*
By, Deputy Clerk